McGREGOR SCOTT
United States Attorney
KARI LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6572
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | )Civil No. 09-2290 |
| | ) |
| v. | )**ORDER GRANTING** |
| | )**UNITED STATES' EX-PARTE APPLICATION** |
| EDMOND E. SALERA, LOIS AMOS MODRICH, | )**TO SERVE THE TRUSTEE OF THE BELLA** |
| f/k/a LOIS E. AMOS, JOSEPH BOWER, CHASE | )**VISTA TRUST BY PUBLICATION** |
| HOME FINANCE, LLC, TRI COUNTIES | ) |
| BANK, and ROBERT HOGUE | ) |
| (or his successor trustee), as Trustee of BELLA | ) |
| VISTA CHIROPRACTIC TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Having considered the United States' Ex-Parte Application to serve the Trustee of the Bella

Vista Trust, and good cause being shown, it is ORDERED that:

1.      the United States has until December 17, 2009, to serve the Trustee of the Bella

Vista Trust by publication as provided under California law; and

2.      that a copy of the Summons, Complaint and this Order will be mailed to Trustee

of the Bella Vista Trust in the event his identity and address are ascertained before the expiration of

the time prescribed herein for publication.

Dated:  October 7, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28