IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,          )
                                   )   2:09-cv-02290-GEB-DAD
            Plaintiff,             )
                                   )
      v.                           )   ORDER CONTINUING STATUS
                                   )   (PRETRIAL SCHEDULING)
EDMOND E. SALERA; LOIS AMOS        )   CONFERENCE
MODRICH, f/k/a LOIS E. AMOS;       )
CHASE HOME FINANCE, LLC; TRI       )
COUNTIES BANK; and ROBERT HOGUE    )
(or his successor trustee), as     )
Trustee of BELLA VISTA             )
CHIROPRACTIC TRUST,                )
                                   )
            Defendants.*           )
_____)
```

Plaintiff and Defendant Tri Counties Bank filed a Status Report on January 22, 2013, in which they state in relevant part as follows:

> 6. The Court entered a minute order staying this matter pending the conclusion of the bankruptcy and directing the parties to file a status report upon lifting of the bankruptcy stay.
>
> 7. On June 22, 2010 the Bankruptcy Court entered a discharge. Shortly thereafter, the trustee filed an adversary proceeding to determine whether certain property was properly considered estate property. Trial of the adversary matter was held on August 5, 2011.
>
> 8. As a result of the adversary proceeding, the property that was the subject of the United States' foreclosure claims in this matter was sold by the trustee to satisfy certain debts. Edmond

---

\* The caption has been amended according to the dismissal of Defendant Joseph Bower. See ECF No. 10.

|  |  |
|---|---|
| 1 | Salera challenged the findings of Bankruptcy Court by filing an appeal with the Bankruptcy Appellate Panel of Ninth Circuit. This appeal was dismissed and the proceeding concluded on March 15, 2012. At this time, the bankruptcy stay is no longer in effect. |

        9. As a consequence of the liquidation of the subject property, the United States avers that it is its intention to seek leave to file a second amended complaint which, inter alia, effectively dismisses the foreclosure claims and seeks a determination that the tax liabilities at issue in this matter are excepted from discharge pursuant to 11 U.S.C. § 523(a)(1)(C).

        10. Given the procedural posture of this matter, the Court should set a scheduling conference and/or deadline for submission of a joint proposed scheduling order.

(Status Report 2:4-19, ECF No. 30.)

A Status (Pretrial Scheduling) Conference is scheduled for hearing on March 4, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a). In particular, Plaintiff shall address the status of Defendants Edmond E. Salera; Lois Amos Modrich, f/k/a Lois E. Amos; Chase Home Finance, LLC; and Robert Hogue, who have not appeared in this action.

IT IS SO ORDERED.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge