IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )   2:09-cv-02290-GEB-DAD
            Plaintiff,           )
                                 )
      v.                         )   ORDER CONTINUING STATUS
                                 )   (PRETRIAL SCHEDULING)
EDMOND E. SALERA; LOIS AMOS      )   CONFERENCE
MODRICH, f/k/a LOIS E. AMOS;     )
CHASE HOME FINANCE, LLC; TRI     )
COUNTIES BANK; and ROBERT HOGUE  )
(or his successor trustee), as   )
Trustee of BELLA VISTA           )
CHIROPRACTIC TRUST,              )
                                 )
            Defendants.*         )
_____ )
```

Plaintiff and Defendant Tri Counties Bank filed a Joint Status Report on February 14, 2013 ("JSR"), in which Plaintiff states:

> The United States intends to file a Second Amended Complaint in the wake of the [conclusion of the] bankruptcy proceedings which resulted in the liquidation of the real property formerly at issue. The Second Amended Complaint would remove the United States' foreclosure claims and all parties other than the taxpayer, Mr. Salera, from this matter. The government's claim for reduction of federal tax debt to judgment will remain[,] and an additional claim to declare this debt excepted from the bankruptcy discharge pursuant to 11 U.S.C. § 523(a)(1)(C) will be added.

(JSR 2:14-19, ECF No. 33.) However, Plaintiff does not indicate when it intends to seek leave to file the referenced Second Amended Complaint.

---

   * The caption has been amended according to the dismissal of Defendant Joseph Bower. See ECF No. 10.

1

>      Parties anticipating possible amendments . . . have
>      an unflagging obligation to alert the Rule 16
>      scheduling judge of the . . . timing of such
>      anticipated amendments in their status reports so
>      that the judge can consider whether such amendments
>      may properly be sought solely under the Rule 15(a)
>      standard, and whether structuring discovery
>      pertinent to the parties' decision whether to amend
>      is feasible.

Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks and citation omitted).

Further, Mr. Salera has not yet appeared in this action, and Plaintiff does not indicate how it intends to prosecute this action against Mr. Salera. It is also unclear if the only defendant who has appeared in this action to date, Defendant Tri Counties Bank, will remain a party.

For the stated reasons, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 4, 2013, is continued to April 1, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a). Plaintiff shall also address in the further joint status report when it intends to seek leave to file the referenced Second Amended Complaint, and whether it intends to prosecute this matter against Mr. Salera.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2